UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adam Flores, | Civ. No. 25-2321 (PAM/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Shireen Gandi, Commissioner of DHS; and State of Minnesota; | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins dated June 18, 2025. The R&R recommends dismissal of this matter without prejudice because Petitioner Adam Flores's claims arising from his 2001 convictions are moot or untimely and those arising from his 2024 conviction are unexhausted.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Petitioner filed a "Petition for Objections Under Local Rule 72.2(b)(1)," but fails to articulate any specific objection to the R&R. (Docket No. 12.) Thus, his objections fail. After conducting the required reviews, the Court **ADOPTS** the R&R. (Docket No. 11.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Court **ADOPTS** the R&R (Docket No. 11);

2. The Petition (Docket No. 1) is **DISMISSED without prejudice**; and

3. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>July 23, 2025</u>                                          *s/ Paul A. Magnuson*
                                                                              Paul A. Magnuson
                                                                              United States District Court Judge