UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adam Flores,                                          Civ. No. 25-2321 (PAM/SGE)

          Petitioner,

v.                                                                    **ORDER**

Shireen Gandi, Commissioner
of DHS; and State of Minnesota;

          Respondents.

---

This matter is before the Court on Petitioner Adam Flores's Motion for Certificate of Appealability. This Court has determined that a Certificate of Appealability is not warranted in this matter. (Docket No. 16.) It will not revisit that decision. Should he wish to press his appeal, Petitioner must seek a Certificate of Appealability from the Eighth Circuit Court of Appeals.

Accordingly, **IT IS HEREBY ORDERED that** the Motion for Certificate of Appealability (Docket No. 19) is **DENIED**.

Dated: <u>August 29, 2025</u>                          *s/ Paul A. Magnuson*
                                                                              Paul A. Magnuson
                                                                              United States District Court Judge