UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adam Flores, | Civ. No. 25-2321 (PAM/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Shireen Gandi, Commissioner of DHS; and State of Minnesota; | |
| Respondents. | |

Petitioner Adam Flores has filed an application to proceed in forma pauperis ("IFP") on appeal. Under 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record and Petitioner's submissions, the Court concludes that Petitioner should be allowed to proceed with his appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner Adam Flores's application to proceed in forma pauperis on appeal (Docket No. 25) is **GRANTED**.

Dated: September 16, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge